```
                                           FILED
                                    U.S. DISTRICT COURT
                                      SAVANNAH DIV.
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**STATESBORO DIVISION**

```
                                    2012 JUL 10  PM 3:40

                                    CLERK_____
                                       SO. DIST. OF GA.
```

| | |
|---|---|
| CHARLES EVERETT WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No.  CV611-108 |
| ) | CR610-021 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of July, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA